**PROPOSED ORDER/COVER SHEET**

**TO:** **Honorable Nathanael M. Cousins**
**Chief U.S. Magistrate Judge**

**RE:** **OLVERA, Juan Manuel**

**FROM:** **Silvio Lugo, Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **5:25-cr-00313-BLF-2**

**Date:** **August 25, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Yaneyla Arevalo Arellano | 408-535-5027 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________ on ____________ at ____________.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________ Presiding District Court Judge ____________

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. ____________

B. ____________

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

______________________________

______________________________

______________________________

______________________________ August 25, 2026
**JUDICIAL OFFICER** **DATE**